**Elva WHITEN, Appellant,**

v.

**STUTTGART REGIONAL MEDICAL CENTER, Appellee.**

No. 08–1455.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 17, 2009.

Filed: Oct. 5, 2009.

Elva Whiten, Stuttgart, AR, for Appellant.

David Parker Glover, General Counsel, Jane A. Kim, William Stuart Jackson, General Counsel, Wright & Lindsey, Little Rock, AR, for Appellee.

Before BYE, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Elva Whiten appeals the district court's[1] adverse grant of summary judgment in her employment-discrimination suit against her former employer, Stuttgart Regional Medical Center. Having carefully reviewed the record and considered Whiten's arguments, *see Gordon v. Shafer Contracting Co.,* 469 F.3d 1191, 1194 (8th Cir.2006) (de novo standard of review), we affirm on the basis of the district court's opinion. *See* 8th Cir. R. 47B.

---

[1]. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.